IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE LANIER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D14-618

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed February 10, 2016.

An appeal from the Circuit Court for Gadsden County.
Jonathan E. Sjostrom, Judge.

Nancy A. Daniels, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Julian E Markham, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, SWANSON, and WINOKUR, JJ., CONCUR.